**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven GOINS, Defendant–Appellant.**

No. 03–60904.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Alfred E. Moreton, III, Assistant US Attorney, Oxford, MS, for Plaintiff–Appellee.

Steven Goins, Florence, CO, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.[*]

Steven Goins, federal prisoner # 06314–112, is currently serving a 360–month sentence on a guilty-plea conviction for one count of conspiracy with intent to possess and distribute cocaine base. He appeals from the district court's denial of his "writ of error" as an unauthorized successive 28 U.S.C. § 2255 motion. *See* 28 U.S.C. § 2244. Goins does not challenge the propriety of the district court's denial. Rather, he argues the merits of his "writ of error," specifically, that the district court lacked jurisdiction due to a defective indictment. Because Goins has failed to address the basis of the district court's denial, he has waived the only appealable issue. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Goins's appeal is without arguable merit and is therefore frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir.1983). Accordingly, Goins's appeal is dismissed as frivolous. *See* 5TH CIR. R. 42.2. Goins is WARNED that the filing of future frivolous appeals may result in sanctions.

APPEAL DISMISSED AS FRIVOLOUS; SANCTIONS WARNING ISSUED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.